IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Laura Fashing,
United States Magistrate Judge**

### CLERK'S MINUTES

| | |
|---|---|
| **CASE TITLE**: *Gilmore et al v. Board of Regents of the University of New Mexico et al* | **DATE**: Monday, November 13, 2023 |
| **CASE No**: 1:20-cv-00853-MLG-LF | **COURTROOM CLERK**: LMJ |
| **PROCEEDINGS COMMENCED**: 9:39 AM | **COURT IN RECESS**: 9:57 AM |

**TYPE OF PROCEEDING**: *Status Conference*

| **ATTORNEYS PRESENT FOR PLAINTIFFS**: | **ATTORNEYS PRESENT FOR DEFENDANTS**: |
|---|---|
| Andrew Stout | Stephen Shanor (Board of Regents) |
| | Elizabeth Ann Martinez (NCAA) |
| | Alicia M. Barrs (NCAA) |
| | No appearance for Robert Davie |

**The following issues were discussed**:

I. The Court set this status conference to reschedule the settlement conference, which was vacated after the parties' joint motion. The parties wish to finish some depositions before the settlement conference, but do not feel they need to finish discovery.

II. Plaintiffs' counsel will need to file a motion if additional time is required for discovery.

III. Counsel agreed they can finish the required depositions by mid-February and that March should work for a settlement conference. The Court will set a tentative settlement conference for March 14, 2024. This settlement conference will be held via Zoom and start at 9:00 AM. The parties will check with their clients and email both the Court (fashingchambers@nmd.uscourts.gov) and opposing counsel no later than the close of business on Wednesday, November 15, 2023, to confirm their availability. If this date is not available, counsel will check to see whether March 11 and/or March 15, 2024, is available.

IV. The Court will file an Order to Show Cause directing CaraLyn Banks, counsel for defendant Robert Davie, to show cause for her absence.