IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICKIE GILMORE and LA'VONTE
FLOWERS, Individually and as Co-Personal
Representatives of the Wrongful Death Estate
of Nahje Flowers, Deceased,

    Plaintiff,

v.                                                                                  1:20-cv-00853-MLG-LF

BOARD OF REGENTS OF THE UNIVERSITY
OF NEW MEXICO, a Body Corporate of the
State of New Mexico, for itself and its public operations,
ROBERT DAVIE, in his individual capacity, and
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. This Court set a telephonic status conference to take place on November 13, 2023, at 9:30 a.m. Doc. 141. The record indicates that the order was emailed to defendant Robert Davie's counsel, CaraLyn Banks, at cban@kempsmith.com. There is no indication that Ms. Banks did not receive the order setting the telephonic conference; however, she failed to attend the telephonic conference on behalf of Mr. Davie in violation of the Court's order. *See* Doc. 142.

IT IS THEREFORE ORDERED that Mr. Davie's counsel, CaraLyn Banks, must provide the Court with a written explanation showing good cause why she should not be sanctioned for failing to attend the previously scheduled status conference, on or before November 27, 2023.

_____
Laura Fashing
United States Magistrate Judge