IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICKIE GILMORE AND LA'VONTE
FLOWERS, INDIVIDUALLY AND AS CO-
PERSONAL REPRESENTATIVES OF THE
WRONGFUL DEATH ESTATE OF NAHJE
FLOWERS, DECEASED,

PLAINTIFFS,

V.                                                                    NO. 1:20-CV-00853-MLG-LF

BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
A BODY CORPORATE OF THE STATE
OF NEW MEXICO, FOR ITSELF AND ITS
PUBLIC OPERATIONS,
ROBERT DAVIE, IN HIS INDIVIDUAL
CAPACITY, AND
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,

DEFENDANTS,

**FOURTH STIPULATED MOTION FOR A NEW TRIAL SETTING AND SCHEDULING ORDER**

Pursuant to Fed R. Civ. P. Rule 16(b)(4), D. N.M. L Rules 16.1 and 40.1, and the Scheduling Order, Plaintiffs Vickie Gilmore and La'Vonte Flowers Individually and as Co-Personal Representatives of the Wrongful Death Estate of Nahje Flowers, deceased, Defendant Board of Regents of the University of New Mexico a Body Corporate of the State of New Mexico, Defendant Robert Davie, and Defendant National Collegiate Athletic Association (hereinafter "the Parties"), by and through their respective counsel of record, file their Fourth Stipulated Motion for a New Trial Setting and Scheduling Order and in support thereof would respectfully show the Court the following:

1

1.      Courts may grant leave for modification of a scheduling order if the "schedule cannot reasonably be met despite diligence of the party seeking the extension." *Miller ex rel S.M. v. Bd. of Educ. of Albuquerque Pub. Sch.*, 455 F. Supp. 2d 1286, 1304 (D.N.M. 2006), aff'd sub nom. 565 F.3d 1232 (10th Cir. 2009) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In determining whether to grant leave for the modification of a scheduling order, Courts also consider any prejudice to the adverse party. *Id.*

2.      There is currently no date set for trial in this Court; See October 5, 2023 Order Granting Stipulated Motion to Amend the Current Scheduling Order [Dkt. 139].

3.      The Parties currently have twenty (20) depositions scheduled to take place over the next couple months. In addition, the Parties have participated in extensive written discovery and will most likely require additional discovery following the deposition. As a result, the Parties are unable to conclude taking depositions and written discovery by the discovery deadline of February 15, 2024 and further the parties are unable to conclude the depositions and discovery necessary to inform their respective experts and their reports prior to those disclosure deadlines.  Thus, the parties request that all deadlines in the current Scheduling Order [Dkt. 139] be vacated and the Court set a scheduling conference to set new deadlines and a trial setting.

4.      The Parties have worked in good faith and with reasonable diligence to meet the current deadlines of the scheduling order, but are unable to complete the necessary written discovery and depositions prior to those deadlines. Neither Plaintiffs or Defendants would be prejudiced by the modification of the scheduling order and new trial setting, but rather, a new scheduling order and trial setting will provide all Parties with the necessary time to complete written discovery and depositions in order to develop their respective claims and defenses. As a

result, the Parties have demonstrated good cause exists to vacate the current scheduling order and to continue the trial setting.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that their Fourth Stipulated Motion for a New Trial Setting and Scheduling Order be granted and that the Court set a scheduling conference to set new deadlines and a trial setting.

Dated: January 16, 2024                    Respectfully Submitted,

*/s/ Drew Stout*
**Stout & Stout Lawyers**
Drew Stout
Mark Stout
New Mexico Bar No. 2603
mark@stoutnm.com
Drew Stout
New Mexico Bar No. 149545
drew@stoutnm.com
Stout & Stout Lawyers LLP
3319A N. Grimes
Hobbs, NM 88240
Telephone No.: (575) 393-1555

**Hilliard Martinez Gonzales LLP**
Robert C. Hilliard
Texas State Bar No. 09677700
bobh@hmglawfirm.com
T. Christopher Pinedo
Texas State Bar No. 00788935
cpinedo@hmglawfirm.com
Marion M. Reilly
Texas State Bar No. 24079195
marion@hmglawfirm.com
John C. Duff
Texas State Bar No. 24086979
jduff@hmglawfirm.com
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
(361) 882-1612 Telephone
(361) 882-3015 Facsimile
hmgservice@hmglawfirm.com

*service to this email address only

**Ben Crump Law, PLLC**
Ben Crump
Florida State Bar No. 72583
court@bencrump.com
122 S. Calhoun Street
Tallahassee, FL  32301
Telephone No.: (850) 224-2020

**Equal Rights Law Group**
Mika Hilaire
California State Bar No. 212263
mika@equalrightslawgroup.com
15233 Wntura Boulevard, Suite 420
Sherman Oaks, CA 91403

**Pintas & Mullins Law Firm**
Laura Mullins
Illinois State Bar. No. 6229541
laura@pintas.com
368 W. Huron Street, Suite 100
Chicago, IL 60654
Telephone No.: (312) 488-2000
***Attorneys for Plaintiffs***


 */s/ Benjamin Pendroff* via email on 1/16/24
**Barnes & Thornburg LLP**
Victor D. Vital (*pro hac vice*)
Texas Bar No. 00794798
Victor.Vital@btlaw.com
Benjamin T. Pendroff (*pro hac vice*)
Texas Bar No. 24094893
bpendroff@btlaw.com
Alicia Barrs
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
(214) 258-4200
(214) 258-4199 (Facsimile)

**Barnes & Thornburg LLP**
Autumn C. Gear (*pro hac vice*)
Minnesota Bar No. 0398236
Autumn.Gear@btlaw.com
225 South Sixth Street, Suite 2800

4

Minneapolis, MN 55402
(612) 333-2111
(612) 333-6798 (Facsimile)

**Modrall & Sperling**
Nathan T. Nieman
Elizabeth A. Martinez
ntn@modrall.com
eam@modrall.com
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
(505) 848-1800
(505) 848-9710 (Facsimile)
*Counsel for Defendant*
*National Collegiate Athletic Association*


  */s/ Steve Shanor* approved via email on 1/12/24
**Hinkle Shanor LLP**
Stephen S. Shanor
Chelsea R. Green
PO Box 10
Roswell, NM 88202-0010
575-622-6510
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
*Attorneys for Defendant UNM*

   */s/ CaraLyn Banks* approved via email on 1/13/24
**Kemp Smith LLP**
CaraLyn Banks
3800 E. Lohman, Ste. C
Las Cruces, NM 88011
575-527-0023
caralyn.banks@kempsmith.com
*Counsel for Defendant Robert Davie*


## CERTIFICATE OF SERVICE

 I hereby certify that on January 16, 2024, a true and correct copy of the foregoing documentwas filed electronically in compliance with Fed. R. Civ. P. 5(b)(2)(E) on all parties who have consented to electronic service.

*/s/ Drew Stout*
 Drew Stout